# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE OF RECORD RETURN

DATE: February 23, 2004

TO: Michael W. Dobbins
    United States District Court
    Northern District of Illinois
    219 S. Dearborn Street
    Chicago, IL 60604

FROM: Gino J. Agnello, Clerk

RE: 02-1795, 02-3659, 02-3686
    Woodard, Shirley v. Chicago Bd Educ
    00 C 5515, John W. Darrah, Judge

FILED FEB 23 2004 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

The mandate or agency closing letter in this cause issued on 2/18/04.

Returned herewith is the record which was transmitted to this court.

**ENCLOSED:**

| | |
|---|---|
| [ ] | Volumes Administrative Record |
| [3] | Volumes Pleadings |
| [2] | Loose Pleadings |
| [8] | Volumes Transcripts |
| [2] | Volumes Exhibits |
| [ ] | Volumes Depositions |
| [ ] | In Camera material |
| [ ] | Other: _____ |

FEB 24 2004

Please acknowledge receipt of these documents on the enclosed copy of this notice.

---

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____

(1073-042591)

Deputy Clerk, U.S. District Court
or Agency Representative



133